**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 6, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00296-CV

---

## CFM DEVELOPMENT, LLC, Appellant

### V.

## OIL WELL BUYERS CORPORATION AND EUGENE A. SMITHERMAN, Appellees

---

**On Appeal from the 253rd District Court
Liberty County, Texas
Trial Court Cause No. CV71357**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 11, 2014. On July 29, 2015, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Donovan.